## STATE

v.

## RHODE ISLAND BROTHERHOOD OF CORRECTIONAL OFFICERS et al.

### No. 79-500-A.

Supreme Court of Rhode Island.

### Aug. 28, 1980.

Thomas J. McAndrew, Special Counsel, State of Rhode Island, Providence, for plaintiff.

Cobleigh, Higgins & Fleury, Gerard P. Cobleigh, Warwick, for defendants.

## ORDER

The Rhode Island Brotherhood of Correctional Officers' motion to dismiss is assigned to the motion calendar for Friday, October 10, 1980 at 9:30 a.m. for oral argument.

## TOWN OF COVENTRY

v.

## Carl D. GLICKMAN et al.

### No. 80-255-A.

Supreme Court of Rhode Island.

### Aug. 28, 1980.

Arthur G. Capaldi, Town Sol., Coventry, for plaintiff.

Quinn, Cuzzone, Geremia & Pennacchia, John F. Cuzzone, Jr., Cameron P. Quinn, Providence, for defendants.

## ORDER

The defendants' motions for reconsideration, for an appeal bond and for oral argument as prayed are denied. The defendants' motion for priority assignment is granted and this case is assigned to the November, 1980 calendar for oral argument.

## TOWN OF JOHNSTON

v.

## LOCAL 1950, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL-CIO.

### No. 80-306-A.

Supreme Court of Rhode Island.

### Aug. 28, 1980.

Richard C. Tallo, Town Sol., Johnston, for petitioner.

Hawkins & Hoopis, Harry J. Hoopis, Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied. The stay entered in this case on July 10, 1980 is hereby vacated.